No. 19-1045 September Term, 2018

FAA-12/20/18 Letter

Filed On: June 26, 2019

Greenville-Spartanburg Airport District,

    Petitioner

    v.

Daniel K. Elwell, Acting Administrator of the Federal Aviation Administration and Federal Aviation Administration,

    Respondents

**O R D E R**

Upon consideration of petitioner's unopposed motion for voluntary dismissal of its petition for review, it is

**ORDERED** that the motion be granted and this petition be dismissed.

The Clerk is directed to issue the mandate forthwith to the agency.

                                                                           FOR THE COURT:
                                                                           Mark J. Langer, Clerk

                                  BY:    /s/
                                                           Lynda M. Flippin
                                                          Deputy Clerk